JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BRASSCRAFT MANUFACTURING COMPANY and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-03992-AB-AJRx<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that all claims in this action have been settled. The Court therefore **ORDERS** that this action is hereby **DISMISSED** with prejudice, as against all parties to the right, with each party to bear its own attorneys' fees and costs, upon good cause shown within **30 days,** to re-open the action if the settlement is not consummated. The Court retains jurisdiction this action to enforce the settlement agreement between the parties.

Dated:  November 20, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.